```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/03/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Williams et al.,

                Plaintiffs,

-against-

Epic Security Corp.,

                Defendant.

1:15-cv-05610 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This case contains claims under the Fair Labor Standards Act. On May 3, 2019, the parties submitted their proposed settlement agreement as to Plaintiffs Williams, Mitchell, Cadora, Etienne, Richardson and Butler (the "settling Plaintiffs.") (ECF No. 213.) Having reviewed the proposed settlement (including the provisions for attorneys' fees) as to the settling Plaintiffs, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved. Accordingly, this action is dismissed with prejudice as to the settling Plaintiffs, and without costs except as may be stated in the settlement agreement, as to the settling Plaintiffs.

**SO ORDERED.**

DATED:    New York, New York
             May 3, 2019

                                                */s/ Stewart D. Aaron*
                                                STEWART D. AARON
                                                United States Magistrate Judge